07 CV 10454

JUDGE STEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

VERNON BUNN,                                    07 Civ.      (    )(     )

                              Plaintiffs,

        -against-
                                                **RULE 7.1 DISCLOSURE OF**
                                                **INTERESTED PARTIES**

FEDERAL EXPRESS CORPORATION,
"JOHN DOE", THE NAME "JOHN DOE"
being ficticious and intended to designate the
person pushing the Hand Cart of said                 
FEDERAL EXPRESS CORPORATION
at the time and place herein alleged, ,

                              Defendants.
------------------------------------------------------------------------X


        I,   Anthony  W.  Eckert  III,    an attorney for defendant FEDERAL  EXPRESS

CORPORATION, having filed an initial pleading in the above captioned matter, make the following

disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

        FedEx Corporation.

Dated: New York, New York
        November 19 , 2007

                                        ANTHONY W. ECKERT III, ESQ.

                                        By: _____
                                                Anthony W. Eckert III (AWE-7949)
                                        Attorney for Defendant
                                        Federal Express Corporation
                                        555 Fifth Avenue, 15th Floor
                                        New York, New York  10017
                                        (212) 922-0450

TO:     DOMINICK W. LAVELLE, ESQ.
        Attorneys for Plaintiff
        38 Willis Avenue
        Mineola, New York 11501
        (516) 739-8111

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, Brenda Martinez, being duly sworn deposes and says that deponent is not a party to the action, is over the age of 18 and resides in Queens County.

On the **19th day of November, 2007**, deponent served the within **RULE 7.1 DISCLOSURE OF INTERESTED PARTIES** upon:

DOMINICK W. LAVELLE, ESQ.
38 Willis Avenue
Mineola, New York 11501
(516) 739-8111

the address(es) designated by said attorney(s) by depositing same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Brenda Martinez

Sworn to before me this
19th day of November, 2007.

Notary Public

ANTHONY W. ECKERT III
Notary Public, State of New York
No. 02EC4989528
Qualified in New York County
Commission Expires Dec. 9, 2009