# WINGATE, RUSSOTTI & SHAPIRO, LLP

ATTORNEYS AT LAW

PHILIP RUSSOTTI
CLIFFORD H. SHAPIRO
KENNETH J. HALPERIN
WILLIAM P. HEPNER
STAVROS E. SITINAS

JASON M. RUBIN
SCOTT A. STERN
COLLEEN A. KIRCHOFF

THE GRAYBAR BUILDING
420 LEXINGTON AVENUE
SUITE 2750
NEW YORK, NY 10170

TELEPHONE: (212) 986-7353
FAX: (212) 953-4308
WWW.WRSLAW.COM

OF COUNSEL

WILLIAM A. WINGATE
PAULA M. GRECO
ROBERT J. BELLINSON



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

January 16, 2008

*Via Facsimile (212) 805-7924*
Hon. Sidney H. Stein
United States District Court
500 Pearl Street
New York, NY 10007

    Re:  Bunn, Vernon vs. Federal Express Corporation etal
       <u>Docket No.: Civ. 10454/07</u>

Dear Honorable Stein:

  We have just been retained as trial counsel for the plaintiff in this action. Annexed hereto, is a copy of our Notice of Appearance.

  We respectfully request an adjournment of the conference scheduled for Friday, January 18, 2008, with consent of the defendant to February 5, 2008.

  Thank you for your consideration in this matter.

               Very truly yours,

               Clifford H. Shapiro

*The conference is adjourned to 2/8/08, at 11:30 a.m.*

SO ORDERED 1/17/08

SIDNEY H. STEIN
U.S.D.J.

CHS/ja

cc: *Via Facsimile (212) 922-0530*
  Anthony W. Eckert III, Esq.
  555 Fifth Avenue
  New York, NY 10017