UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK NEW YORK
------------------------------------------------------------------------X
VERNON BUNN,

        Plaintiff,

-against-

FEDERAL EXPRESS CORPORATION "JOHN DOE", THE
NAME "JOHN DOE" being ficticious and intended to
designate the person pushing the Hand Cart of said
FEDERAL EXPRESS CORPORATION at time and place
herein alleged,,

        Defendant.
------------------------------------------------------------------------X

NOTICE OF APPEARANCE

07 Civ.10454 (SHS) (RLE)

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for plaintiff, VERNON BUNN.

    I certify that I am admitted to practice in this Court.

DATED:    New York, New York
               January 17, 2008

                                    Yours, etc.,

                                    Stavros E. Sitinas (8960)
                                    WINGATE, RUSSOTTI & SHAPIRO, LLP
                                    Attorneys for Plaintiff(s)Vernon Bunn
                                    420 Lexington Avenue
                                    Suite 2750
                                    New York, NY 10170
                                    (212) 986-7353

TO:    ANTHONY W. ECKERT III, ESQ.
          Attorney for Defendants
          555 Fifth Avenue-15th Floor
          New York, NY 10017

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.
COUNTY OF NEW YORK )

Kathleen Bartolotti, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and resides within the State of New York.

On January 17, 2008, deponent served the within NOTICE OF APPEARANCE upon

ANTHONY W. ECKERT III, ESQ.
Attorney For Defendants
555 Fifth Avenue-15th Floor
New York, NY 10017
(212) 922-0450

at the address designated by said attorneys for that purpose by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the united States Postal Service within the State of New York.

_____
KATHLEEN BARTOLOTTI

Sworn to before me on
January 17, 2008
_____
Notary Public

Kenneth J. Halperin
Notary Public, State of New York
No. 02HA6161475
Qualified in Nassau County
Commission Expires February 26, 2011

07 Civ.10454 (SHS) (RLE)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERNON BUNN,

                           Plaintiff(s),

- against -

FEDERAL EXPRESS CORPORATION "JOHN DOE", THE NAME "JOHN DOE" being ficticious and intended to designate the person pushing the Hand Cart of said FEDERAL EXPRESS CORPORATION at time and place herein alleged,,
                           Defendant(s).

---

NOTICE OF APPEARANCE

---

**WINGATE, RUSSOTTI & SHAPIRO, LLP**
*Attorneys for Plaintiff(s)*
**420 Lexington Avenue
Suite 2750
New York, New York 10170
(212) 986-7353**
*Facsimile* **(212) 953-4308**

---

TO:   ANTHONY W. ECKERT III, ESQ.
       Attorney For Defendants
       555 Fifth Avenue-15th Floor
       New York, NY 10017
       (212) 922-0450