01/23/2008 15:58 FAX 212 805 7927   Judge Buchwald   ☒002
01/23/2008 WED 15:59 FAX 212 922 0530   ☒002/002



ANTHONY W. ECKERT III, ESQ.
555 FIFTH AVENUE
16TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE (212) 922-0450
FACSIMILE (212) 922-0530
aeckert@awelaw.com

January 23, 2008

**By Facsimile**

Hon. Sidney H. Stein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    Vernon Bunn v. Federal Express Corporation
           Docket No.:  07 Civ. 10454
           Our File No.: 724.16061

Dear Honorable Sir:

    We are the attorneys for the defendants in this matter. We respectfully request an adjournment of the pretrial conference scheduled for February 8, 2008, at 11:30 a.m., in this matter. By correspondence dated January 16, 2008, plaintiff's counsel requested an adjournment of the January 18, 2008 pretrial conference, with the consent of the defendants. The Court so ordered the request on January 17, 2008, and rescheduled the conference for February 8, 2008. Defendants' counsel is not available on February 8, 2008, due to a prior committment, and hereby requests a one week adjournment of the conference to February 15, 2008. Plaintiff's counsel consents to this request.

    Thank you for your attention to this matter.

                      Respectfully submitted,

                      ANTHONY W. ECKERT III, ESQ.

                      By: _____
                         Anthony W. Eckert III (AWE-7949)

AWE/bm
Enclosure

cc:  Stavros E. Sitinas, Esq. (by facsimile)

*[Handwritten: The conference is adjourned to 2/15/08, at 10:00 a.m.]*

*[Handwritten: SO ORDERED 1/24/08]*

SIDNEY H. STEIN
U.S.D.J.