```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VERNON BUNN,                                  :    07 Civ. 10454 (SHS)

                Plaintiff,           :

    -against-                                :    ORDER

FEDERAL EXPRESS CORPORATION, *ET AL.*,   :

                Defendants.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that the next pretrial conference will be held on February 29, 2008, at 10:00 a.m.

Dated: New York, New York
       February 15, 2008

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.