```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
VERNON BUNN,

                        Plaintiff,

  - against -

FEDERAL EXPRESS CORPORATION "JOHN DOE",
THE NAME "JOHN DOE" being fictitious and intended to
designate the person pushing the Hand Cart of said
FEDERAL EXPRESS CORPORATION at time and place
herein alleged,

                        Defendant.
--------------------------------------------------------X

STIPULATION OF
REMAND TO STATE
COURT

1:07 cv 10454 (SHS) (RLE)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, as follows:

1. That the above entitled matter is hereby removed from Federal Court and remanded to the Supreme Court of the State of New York, County of New York, under the original index number 113536/07.

Dated: New York, New York
       February 27, 2008

By: Stavros E. Sitinas
WINGATE, RUSSOTTI & SHAPIRO, LLP
Attorneys for Plaintiff
420 Lexington Avenue, Suite 2750
New York, NY 10170
(212) 986-7353

By: _____
Anthony W. Eckert III, Esq.
Attorneys for Defendants
555 Fifth Avenue-15th Floor
New York, NY 10017
212-922-0450

SO ORDERED: 2/28/08

Judge Sidney H. Stein
US District Court - Southern District of NY